**19 CR 84 JDP**

**Place of Offense:**
City: Wisconsin Rapids
County/Parrish: Marathon

**Related Case Information:**
Superseding Docket Number
Same Defendant         New Defendant
Magistrate Judge Case Number
Search Warrant Case Number   18-MJ-39
R 20 / R40 from District of

**Defendant information:**

Matter to be Sealed ___ Yes  ✓ No
Def. Name: Ursula Wing
Alias Name:
City/State: New York, NY
Year of Birth: 1977        Last 4 digits of SSN   0370
Sex: Female                Race: White

**U.S. Attorney Information:**

DANIEL GRABER                Bar #:
Interpreter:  ✓ No  ___ Yes   List language and/or dialect:

**Location Status:**

Arrest Date:
___ Already in Federal Custody as of: _____ in _____
___ Already in State Custody
___ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:  2    ___ Petty   ___ Misdemeanor   ✓ Felony
                                      ___ Class A
                                      ___ Class B
                                      ___ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 USC § 371 | Conspiracy to defraud the United States | 1 |
| Set 2 | 21 USC § 331(a) & 333(a)(2) | Introduction in interstate commerce of misbranded drugs | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date:                    Signature  /s/   DANIEL GRABER