RE: Wire transfer request

From: Holder, Glenda
To: ursula.maria.wing@gmail.com
Cc: Client Service Group, Boston
Sent: 7/9/2020 4:31:36 PM

Good evening Ursula,

The wire transfer you requested will be process in the morning and we will follow up with an email confirmation.

Have a great day.

Thank you,

**Glenda Holder**
PBCS Banker
Preferred Banking Client Services
First Republic Bank

160 Federal St. I Boston, MA 02110-1700
Office: (617) 478-5141 I Fax: I Fax: (617) 478-5322
Email: gholder@firstrepublic.com

**Preferred Banking Client Service**
Boston I (617) 478-5380 I clientservicebos@firstrepublic.com
*Please copy our client service email in order to ensure all requests are handled in a timely manner in case a team member is out of the office.*



*"It's a privilege to serve you"* ©

\*\*Be aware! Email hacking and cybercrime is on the rise. If you receive an email containing WIRE TRANSFER INSTRUCTIONS please call the person who sent you the email immediately to verify the information prior to sending funds.\*\*

**From:** Ursula Wing <ursula.maria.wing@gmail.com>
**Sent:** Thursday, July 09, 2020 12:28 PM
**To:** Client Service Group, Boston <clientservicebos@firstrepublic.com>
**Subject:** Wire transfer request

Good Day,

I am writing with a wire transfer request, which I would like to completed Friday morning (if possible):

First Republic Savings Account #: xxxxxxx
Amount: 61,753.00 USD
Beneficiary name, account number, and bank name



(EXH. D)

US Treasury, ALC: ████████
Federal Reserve Bank of New York, 33 Liberty Street, New York, NY 10045
ABA Number: 021030004
Wire Comments: CATS ID #██-FDA-███████

I have been informed by FR customer service that the process entails a callback to verify details. My mobile: 212 ████████ Cheers,

Ursula Wing



The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer. This message cannot be guaranteed to be secure or error-free.

First Republic Bank and its related entities do not take responsibility for, or accept time-sensitive instructions sent by email including orders, funds transfer instructions or stop payments on checks. All instructions of this nature must be handled by direct communication, not email.

We reserve the right to monitor and review the content of all email communications sent or received. Emails sent to or from this address may be stored in accordance with regulatory requirements.